FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DAVID DANIELS,

                    Plaintiff,

    v.

MICHAEL WAYMAN and
THOMAS L'HEUREUX,

                    Defendants.

NO:  4:19-CV-5256-RMP

ORDER DISMISSING
ACTION WITHOUT
PREJUDICE

By Order filed January 16, 2020, the Court directed Plaintiff David Daniels

to provide sufficient documentation to comply with 28 U.S.C. § 1915(a)(2).  On

January 22, 2020, Plaintiff filed a letter stating his intent to proceed no further with

this action, as he has filed the same complaint in the Western District of

Washington and wishes to proceed only with that action.

The Court liberally construes Plaintiff's letter as a Motion to Voluntarily

Dismiss pursuant to pursuant to Fed. R. Civ. P. 41(a), ECF No. 6.  Defendants

have not been served in this action.  Having reviewed Mr. Daniel's submission and

the remaining record, the Court grants Mr. Daniels' construed motion to

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1

voluntarily dismiss this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's construed Motion to Voluntarily Dismiss, **ECF No. 6,** is **GRANTED.**

2. This action is **DISMISSED WITHOUT PREJUDICE.**

3. All other pending motions are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Plaintiff, and **close this case.**

**DATED** January 28, 2020.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 2